Argued and submitted on February 27, remanded for resentencing;
otherwise affirmed April 30, 2008

STATE OF OREGON,
*Plaintiff-Respondent,*

*v.*

DANIEL RAY BROWN,
*Defendant-Appellant.*

Clatsop County Circuit Court
041493; A131624

183 P3d 1051

Eric R. Johansen, Deputy Public Defender, argued the cause for appellant. On the brief were Peter Gartlan, Chief Defender, Legal Services Division, and Travis Eiva, Deputy Public Defender, Office of Public Defense Services.

Jamie K. Contreras, Assistant Attorney General, argued the cause for respondent. With her on the brief were Hardy Myers, Attorney General, and Mary H. Williams, Solicitor General.

Before Brewer, Chief Judge, and Schuman, Judge, and Deits, Judge pro tempore.

PER CURIAM

Remanded for resentencing; otherwise affirmed. *State v. Marshall*, 219 Or App 511, 183 P3d 241 (2008).